UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM BERRINGTON,<br>       Plaintiff,<br><br>-v-<br><br>WAL-MART STORES, INC,<br>       Defendant.<br>_____ | No. 1:10-cv-427<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendant Wal-Mart Stores' motion to dismiss, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   July 28, 2011                              /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            Chief United States District Judge